

**PRISONER CASE**

R

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### Civil Cover Sheet

**FILED**
NOV 3 2009
Nov 3, 2009
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**Plaintiff(s):** PETER PAPALEO

**Defendant(s):** DEPUTY JOY, etc., et al.

**County of Residence:** COOK

**County of Residence:**

**Plaintiff's Address:**
Peter Papaleo
#2007-0024222
Cook County Jail
P.O. Box 089002
Chicago, IL 60608

**Defendant's Attorney:**

09 C 6907
Judge Rebecca R. Pallmeyer
Magistrate Judge Morton Denlow

**Basis of Jurisdiction:**
☐ 1. U.S. Government Plaintiff
☑ 3. Federal Question (U.S. gov't. not a party)
☐ 2. U.S. Government Defendant
☐ 4. Diversity

**Citizenship of Principal Parties (Diversity Cases Only)**

Plaintiff:

Defendant:

**Origin:**
☑ 1. Original Proceeding
☐ 2. Removed From State Court
☐ 3. Remanded From Appellate Court
☐ 4. Reinstated or Reopened
☐ 5. Transferred From Other District
☐ 6. MultiDistrict Litigation
☐ 7. Appeal to District Judge from Magistrate Judgment

**Nature of Suit:** 555 Prison conditions

**Cause of Action:** 42:1983pr

**Jury Demand:** ☑ Yes ☐ No

**Signature:** A. E. Woodham **Date:** 11/03/2009

Pallmeyer  09C2215
Denlow